# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand twenty-five.

Before:  Robert D. Sack,
     William J. Nardini,
     Eunice C. Lee,
       *Circuit Judges.*

_____

United States of America,

    Appellee,

 v.

James Jeremy Barbera, AKA Sealed Defendant 1,

    Defendant-Appellant.

_____

**ORDER**

Docket Nos. 23-6572(L), 23-7255(CON)

Appellant's counsel, having notified the Court of the Appellant's death on June 17, 2025, moves to dismiss this appeal, abate the Appellant's conviction, vacate the district court's judgment, including as to the orders of restitution, forfeiture, and the special assessment, and remand the case to the district court for dismissal of the underlying indictment. The Appellee consents to that request, and we agree that the proposed disposition of the case is consistent with our holding in *Brooks v. United States*, 872 F.3d 78 (2d Cir. 2017).

IT IS HEREBY ORDERED that the Appellant's motion is GRANTED. The judgment is VACATED and the case is REMANDED to the district court with instructions to dismiss the Appellant's indictment.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court